McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR SALIM SALIM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael Chertoff, Secretary of Homeland ) <br> Security, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. 07-CV-F-877-LJO-NEW <br><br> JOINT STIPULATION AND ORDER |

    This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of that Application pursuant to 8 U.S.C. § 1447(b). The matter is now ripe for administrative adjudication. Accordingly, and in lieu of defendants' motion to remand, the parties stipulate that the case be remanded with instructions to the United States Citizenship and Immigration Services to adjudicate the application within 60 days from the date of the order of remand.

                                                                          Respectfully submitted,

Dated: August 1, 2007                     /s/ Ada E. Bosque
                                                               Ada E. Bosque
                                                               Special Assistant United States Attorney

                                                               /s/ James M. Makasian
                                                               James M. Makasian
                                                               Counsel for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

For the reasons set forth in the Joint Stipulation, this Court REMANDS this action to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the application for naturalization no later than October 4, 2007.

This Court further ORDERS the parties, no later than October 4, 2007, to file a joint status report to indicate whether the application for naturalization was adjudicated. If the application was not adjudicated, the parties shall request a scheduling conference to set discovery, motion and trial dates before this Court. If the joint status report indicates that the application was adjudicated, or if no joint status report is filed timely, this Court will close this action.

IT IS SO ORDERED.

**Dated:   August 1, 2007**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE