# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SALIM SALIM,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-0877 LJO<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION** |

Based on defendants' filing of their notice of adjudication of plaintiff's naturalization application, this Court DISMISSES this action and DIRECTS the clerk to close this action.

　　　　IT IS SO ORDERED.

**Dated:　October 1, 2007**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE